MDLOUT , STAYED

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00277-HES-HTS
### Internal Use Only

| | |
|---|---|
| Ardolino et al v. Pfizer, Inc. et al | Date Filed: 04/06/2007 |
| Assigned to: Judge Harvey E. Schlesinger | Date Terminated: 06/04/2007 |
| Referred to: Magistrate Judge Howard T. Snyder | Jury Demand: Both |
| Demand: $75,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: State Court - 11/28/06, 16-2006-CA-000715 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Product Liability | |

**Plaintiff**

**Lawrence Ardolino**     represented by     **Neil L. Henrichsen**
Henrichsen Siegel, PLLC
1648 Osceola St
Jacksonville, FL 32204-4302
904/381-8183
Fax: 904/381-8191
Email: nhenrichsen@hslawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shands Wulbern**
Henrichsen Siegel, PLLC
1648 Osceola St
Jacksonville, FL 32204-4302
904/381-8183
Email: swulbern@hslawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Ardolino**     represented by     **Neil L. Henrichsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shands Wulbern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.** represented by **Edward W. Gerecke**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 100
PO Box 3239
Tampa, FL 33601-3239
813/223-7000
Fax: 813/229-4133
Email: egerecke@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corp.** represented by **Edward W. Gerecke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company** represented by **Edward W. Gerecke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC** represented by **Edward W. Gerecke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/06/2007 | 1 | NOTICE OF REMOVAL from 4th Judicial Circuit, Duval County, case number 16-2007-CA-008715-XXXX-MA, Div. CV-H, filed in State Court on 11/28/06. Filing fee $350, receipt number J25606, filed by Pharmacia Corp., Monsanto Company, G.D. Searle LLC, Pfizer, Inc. (Attachments: # 1 Exhibit A; (2) Exhibit B)(SPW) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | COMPLAINT against Pharmacia Corp., Monsanto Company, G.D. Searle LLC, Pfizer, Inc.; jury demand, filed by Lawrence Ardolino, Dorothy Ardolino (filed in State Court 11/28/06).(SPW) (Entered: 04/06/2007) |
| 04/09/2007 | 3 | AMENDED STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 5/25/2005. (PAM ) (Entered: 04/09/2007) |
| 04/09/2007 | 4 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 4/9/2007. (GWR) (Entered: 04/09/2007) |

| | | |
|---|---|---|
| 04/13/2007 | 5 | CERTIFICATE of interested persons and corporate disclosure statement *pursuant to Federal Rule of Civil Procedure 7.1* by Pharmacia Corp., Monsanto Company, G.D. Searle LLC, Pfizer, Inc.. (Gerecke, Edward) (Entered: 04/13/2007) |
| 04/13/2007 | 6 | ANSWER and affirmative defenses to complaint with Jury Demand by Pharmacia Corp., Monsanto Company, G.D. Searle LLC, Pfizer, Inc.. (Gerecke, Edward) (Entered: 04/13/2007) |
| 04/13/2007 | 7 | Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding by Pharmacia Corp., Monsanto Company, G.D. Searle LLC, Pfizer, Inc.. (Gerecke, Edward) (Entered: 04/13/2007) |
| 04/16/2007 | 8 | ORDER granting 7 Motion to stay as set forth in Order. Signed by Judge Harvey E. Schlesinger on 4/16/2007. (PAM ) (Entered: 04/16/2007) |
| 06/04/2007 | 9 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern District of California MDL case number: MDL 05-1699 (PAM ) (Entered: 06/05/2007) |