UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No.: 07-2908<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| LAWRENCE ARDOLINO and DOROTHY ARDOLINO,<br><br>                Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, LAWRENCE ARDOLINO and DOROTHY ARDOLINO, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: July 6, 2009            By: *s/ Shands M. Wulbern*
                                   Shands M. Wulbern

                               HENRICHSEN SIEGEL, P.L.L.C.
                               1648 Osceola Street
                               Jacksonville, Florida 32204
                               (904) 381-8183
                               Fax: (904) 381-8190

                               *Attorneys for Plaintiffs, Lawrence Ardolino and Dorothy Ardolino*

DATED: July 27, 2009           By: _____

                               DLA PIPER LLP (US)
                               1251 Avenue of the Americas
                               New York, NY 10020
                               Telephone: (212) 335-4500
                               Facsimile: (212) 335-4501
                               *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JUL 3 1 2009            _____
                               Hon. Charles R. Breyer
                               United States District Court

2